No. D–2030. IN RE DISBARMENT OF WEISS. Michael S. Weiss, of Mamaroneck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2031. IN RE DISBARMENT OF CUSTER. William B. Custer, of Portland, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–36 (98–34). FERNANDES v. ENVIRONMENTAL PROTECTION AGENCY ET AL., ante, pp. 869 and 1013. Motion to direct the Clerk to file second petition for rehearing denied.

No. M–37. CENTER v. NEW YORK STATE DEPARTMENT OF AGRICULTURE AND MARKETS ET AL.; and
No. M–38. SILVA v. KELLY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Motion for leave to file bill of complaint granted. Motion of Nebraska for leave to file a surreply brief denied. Defendants are allowed 60 days within which to file an answer. [For earlier order herein, see ante, p. 805.]

No. 98–5611. COCHRAN v. NELSON ET AL., ante, p. 936. Motion of respondents for sanctions denied.

No. 98–7291. IN RE SUMMERS. Petition for writ of habeas corpus denied.

No. 98–778. IN RE WEST;
No. 98–913. IN RE MUELLER;
No. 98–6860. IN RE VANDERBECK; and
No. 98–7205. IN RE WILLIAMS. Petitions for writs of mandamus denied.

No. 98–6927. IN RE CELESTINE. Petition for writ of mandamus and/or prohibition denied.